DANIEL TREADWELL WALDEN *v.* JASPER STRONG.

APPEAL, by the plaintiff, from a judgment of the District Court of the First District, *Buchanan, J.*, dissolving an injunction obtained against the defendant.

*F. B. Conrad*, for the appellant.

*Micou*, for the defendant.

GARLAND, J.   This suit is brought to annul a judgment obtained by the defendant against the plaintiff, on the ground of their being no legal citation; and an injunction was obtained, which the defendant moved to dissolve on the same grounds as in the case of *Walden* v. *Peters and another, supra*, p. 457.   The cases are similar in all respects, and we have come to the same conclusion in both.

*Judgment affirmed.*